Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Jasmin N. Stewart (NV Bar No. 16008)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARTHA BUSH,

                    Plaintiff

    v.

GNLV, LLC dba GOLDEN NUGGET
LAS VEGAS HOTEL & CASINO; ROE
CASINO IV; ROE PROPERTY
MANAGEMENT COMPANY I-V; ROE
COMPANY I-V;

                  Defendants

Case No.: 2:25-cv-00395-CDS-DJA

**Order Approving Stipulation to Remand**

The parties to the above-captioned suit, by and through undersigned counsel, do hereby stipulate to remand the above-captioned action to the state district court.

**IT IS SO STIPULATED.**

Dated: April 1, 2025

PRICE & BECKSTROM

*/s/ Christopher Beckstrom*
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
Janice J. Parker, Esq.
Jasmin N. Stewart, Esq.
*Attorneys for Plaintiff*

Dated: April 2, 2025

TYSON & MENDES LLP

*/s/ Griffith H. Hayes (with permission)*
Griffith H. Hayes, Esq.
Nicholas F. Psyk, Esq.
*Attorneys for Defendant*

**ORDER**

Because it is ordered that the parties' stipulation to remand **[ECF No. 12] is APPROVED,** plaintiff's motion to remand **[ECF No. 7] is DENIED as moot**.

The Clerk of Court is kindly instructed to remand this matter to the Eighth Judicial District Court, Department 9, Case No. A-24-908293-C, and to close this case.

Dated: April 4, 2025

_____
Cristina D. Silva
United States District Judge